## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Patrick R. Wilda

                              Plaintiff,

v.                                          Case No.: 1:16–cv–10088
                                            Honorable Steven C. Seeger

JLG Industries, Inc.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 16, 2019:

MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's unopposed motion for an extension of time (Dckt. No. [291]) is hereby granted. Plaintiff must respond to Defendant JLG Industries, Inc.'s Motion to Exclude Anthony Bond (Dckt. No. [283]), Motion to Exclude Steven Wiker (Dckt. No. [285]), and Motion for Summary Judgment (Dckt. No. [287]) by January 27, 2020. Defendant JLG Industries, Inc. must reply to each motion by February 10, 2020. The motion hearing set for December 23, 2020 is stricken. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.